IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:10CR35 |
| Plaintiff, | ) ) | |
| | ) | ORDER AMENDING |
| v. | ) | CONDITIONS OF RELEASE |
| | ) | |
| ARTJOM VICTOR KOLPAKOV, | ) ) | |
| Defendant. | ) | |

Following a hearing in this matter:

IT IS ORDERED:

1. The defendant shall not operate a motor vehicle without proper insurance.
2. The defendant shall only operate a motor vehicle that has installed in it an approved ignition interlock device.
3. The defendant will also abide by all the terms and conditions of his pretrial release previously imposed.
4. Sentencing is continued to January 7, 2011 at 3:30 p.m.

DATED this 22nd day of November, 2010.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE